UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HOUSEWALL, INC.,**

    Plaintiff,

v.                                                CASE NO: 8:07-cv-1164-T-30MAP

**YOUR GREAT GARAGE, LLC,**

    Defendant.

_____/

## ORDER OF DISMISSAL

Plaintiff has failed to show cause, in writing, why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05, in accordance with this Court's second Order to Show Cause (Dkt. #8) entered on January 17, 2008. It is therefore

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 31, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2007\07-cv-1164.dismissal no cmr.wpd*